**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Donald Floeckher, et al. vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12322 | **MDL NO. 1:13-md-02419** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

> */s/ Richard A. Dean*
> RICHARD A. DEAN (Ohio Bar #0013165)
> Tucker Ellis  LLP
> 925 Euclid Avenue, Suite 1150
> Cleveland, Ohio 44115-1414
> Tel:     (216) 592-5000
> Fax:    (216) 592-5009
> E-mail:richard.dean@tuckerellis.com
>
> *Attorney for Ameridose, LLC*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

               */s/ Richard A. Dean*
               RICHARD A. DEAN (Ohio Bar #0013165)
               Tucker Ellis  LLP
               925 Euclid Avenue, Suite 1150
               Cleveland, Ohio 44115-1414
               Tel:     (216) 592-5000
               Fax:    (216) 592-5009
               E-mail:richard.dean@tuckerellis.com

               *Attorney for Ameridose, LLC*